UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIS ESTELL,

    Plaintiff,

v.                                                       Case No. 06-11141

DEPUTY LYNSEY ZOSS,                        HONORABLE AVERN COHN
DEPUTY CARLA FLEMMING, DEPUTY
SHAWN DOUGHERTY, DEPUTY STEPHANIE
JONES, SHERIFF AL BYAM, and
CALHOUN COUNTY,

    Defendants.
_____/

**ORDER OF TRANSFER**

       This is a civil rights case under 42 U.S.C. § 1983. Plaintiff claims that defendants violated his constitutional rights by refusing to provide him with anti-seizure medication during his incarceration at the Calhoun County Jail. Defendants are various Calhoun County deputies, the Sheriff of Calhoun County, and Calhoun County. Although plaintiff resides in Wayne County, it appears that all of the events giving rise to the complaint occurred in Calhoun County and that the defendants likely reside in Calhoun County. Calhoun County is located in the Western District of Michigan.

       On March 21, 2006, the Court ordered plaintiff to show cause in writing within ten (10) days as to why this case should not be transferred to the Western District of Michigan under 28 U.S.C. §§ 1391, 1406. Plaintiff failed to respond to the show cause order but concedes that venue lies in the Western District.

       Accordingly, this case is TRANSFERRED to the Western District of Michigan.

       SO ORDERED.

Dated: April 11, 2006                      s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

**06-11141 Estell v. Zoss, et al**

Proof of Service

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 11, 2006, by electronic and/or ordinary mail.

      s/Julie Owens
      Case Manager,   (313) 234-5160